**Electronically Filed
Supreme Court
SCWC-23-0000492
04-FEB-2026
08:29 AM
Dkt. 14 ODAC**

SCWC-23-0000492

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

AUSTIN ROSA,
Petitioner/Plaintiff-Appellant,

vs.

KAUA'I POLICE DEPARTMENT; OFFICE OF THE PROSECUTING
ATTORNEY; and COUNTY OF KAUA'I, STATE OF HAWAI'I,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000492; CASE NO. 5CCV-22-0000023)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Morikone, assigned by reason of vacancy)

The application for writ of certiorari filed on January 13, 2026, by self-represented Petitioner/Plaintiff-Appellant Austin Rosa, which, pursuant to the court's order filed on January 15, 2026, was deemed timely filed as of January 15, 2026, after the Intermediate Court of Appeals' Judgment on Appeal was filed, is hereby rejected.

DATED: Honolulu, Hawai'i, February 4, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

